

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00175-CV

| | | |
|---|---|---|
| In the Interest of B.C., a child | § | From the 235th District Court |
| | § | of Cooke County (CV13-00575) |
| | § | October 15, 2015 |
| | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm that portion of the trial court's judgment that terminates Mother's parental rights to B.C. We reverse that portion of the trial court's judgment that terminates Father's parental rights to B.C. and remand this case to the trial court for a new trial; however, because Father did not challenge the trial court's conservatorship finding, we affirm the trial court's conservatorship appointment.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Sue Walker
Justice Sue Walker